Harley BROWN, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61413.

Missouri Court of Appeals,
Western District.

April 8, 2003.

Sarah Weber Patel, Appellate Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, John Munson Morris, Evam J. Buchheim, Assistant Attorney General, Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and JAMES M. SMART, JR., Judge.

### ORDER

Harley Brown, Jr., appeals the denial of his Rule 29.15 motion without having been granted an evidentiary hearing. We affirm. Rule 84.16(b).